CT Corporation

**Service of Process Transmittal**
01/05/2022
CT Log Number 540836385

**TO:** Kristina Ciaffi
Otis Elevator Company
1 FARM SPRINGS RD
FARMINGTON, CT 06032-2572

**RE:**     **Process Served in Texas**

**FOR:**    Otis Elevator Company  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JASMINE PERKINS // To: Otis Elevator Company |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2110584442 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/05/2022 at 03:17 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Donyale Stewart  donyale.stewart@otis.com |
| | Email Notification,  Kristina Ciaffi  kristina.ciaffi@otis.com |
| | Email Notification,  Brenda Morton  brenda.morton@otis.com |
| | Email Notification,  Maria Osusa  maria.osusa@otis.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / TT

**Exhibit A**

1



# PROCESS SERVER DELIVERY DETAILS

**Date:**                 Wed, Jan 5, 2022

**Server Name:**          charles goodson

| Entity Served | OTIS ELEVATOR COMPANY |
|---|---|
| Case Number | 21-10584-442 |
| Jurisdiction | TX |



**Exhibit A**                                                    2

E-Served via E-File, TXCourts.gi
12/6/2021 3:5

## CITATION –TRC 99 and 106

THE STATE OF TEXAS                                                    COUNTY OF DENTON

### CAUSE NO. 21-10584-442

**TO: Otis Elevator Company, 1999 Bryan St., Suite 900, Dallas, TX 75201 (or wherever they may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may also be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| Court: | 442nd Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
|---|---|
| Cause No.: | 21-10584-442 |
| Date of Filing: | November 30, 2021 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Jasmine Perkins; Otis Elevator Company; Liberty Mutual Piano LLC |
| Clerk: | David Trantham, District Clerk, 1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or<br>Party's Attorney: | Darren T. McBratney<br>601 N. Vermont Ave., Los Angeles, CA 90004 |

Issued under my hand and seal of this said citation this the 6th day of December, 2021.

David Trantham, District Clerk
Denton, Denton County, Texas

BY: _Kathie Tipping_ , Deputy
Kathie Tipping

---

### Service Return

Came to hand on the _____ day of _____, 20___ . at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at

_____.

Service Fee: $ _____

Service ID No. _____

_____ Sheriff/Constable
_____ County, Texas

_____
Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____Notary Public

**Exhibit A**                                                          3

FILED: 11/30/2021 3:18 PM
David Trantham
Denton County District Clerk
By: Jahmie Ransom, Deputy

21-10584-442

CAUSE NO. _____

| | | |
|---|---|---|
| JASMINE PERKINS, an individual. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF DENTON COUNTY, TEXAS |
| | § | |
| OTIS ELEVATOR COMPANY, a New | § | |
| Jersey corporation; LIBERTY | § | _____ JUDICIAL DISTRICT |
| MUTUAL PLANO LLC, a Texas | § | |
| corporation. | | |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff JASMINE PERKINS, complaining of Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, and files this, her Original Petition.

### JURISDICTION AND VENUE

1.      Venue is proper in this cause pursuant to CIV. PRAC. & REM. CODE §15.002 in Denton County, Texas, because all or a substantial part of the events which gave rise to this cause of action occurred in Denton County, Texas, and the subject matter in controversy is within the jurisdictional limits of this Court.

### PARTIES

2.      Plaintiff JASMINE PERKINS is a resident of Riverside, CA.

3.      Defendant OTIS ELEVATOR COMPANY is a business entity doing business in Denton County, Texas where in the cause action arose and may be served with process at 1999 Bryan St Suite 900, Dallas, TX 75201.

4.      Defendant LIBERTY MUTUAL PLANO LLC is a business entity doing business in Denton County, Texas where in the cause action arose and may be served with process at 211 E. 7th Street, Suite 620, Austin, TX, 78701.

### FACTS

5.      Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, are, and at all times herein mentioned where individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown, primarily residing and doing business in the County of Denton, State of Texas. At all times

Exhibit A                                                                    4

herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and controllers, of a commercial property located at 7900 Windrose Ave., Plano, TX 75024, (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general public is invited to come.

6.      It has become necessary to bring this suit because of the injuries sustained by Plaintiff JASMINE PERKINS which were received on or about December 2, 2019, on the premises of Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation.

7.      On or about December 2, 2019 Plaintiff was lawfully on the premises of Defendants as a guest and/or visitor. Plaintiff entered the elevator and as the elevator descended, suddenly and without warning, it malfunctioned and/or failed and abruptly dropped, thereby causing Plaintiff to endure severe injury and pain.

8.      Plaintiff did not have actual knowledge of the danger prior to the incident. Defendant failed to exercise ordinary care to protect Plaintiff from the danger, by both failing to adequately warn Plaintiff of the condition and failing to make the condition reasonably safe. Plaintiff would respectfully show the court and the jury in this case that the injuries and damages sustained by Plaintiff were proximately caused by the negligence of Defendants. Defendants' acts and/or omissions, as stated below, proximately caused the occurrence in question and the resulting injuries and damages to Plaintiff.

9.      Defendants are liable and responsible under several theories, including, but not limited to, respondeat superior, employee/employer, master/servant, agency theory and/or independent contractor.

## FIRST CAUSE OF ACTION
### NEGLIGENCE
#### (Against Defendants)

10.     Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 9, and by this reference incorporates said paragraphs as though fully set forth herein.

11.     Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, fully and well knew, or should have known in the exercise of reasonable care, that the structures and/or components and/or other parts of said elevator were in a dangerous and defective and unsafe condition, and a menace to Plaintiff and others lawfully on said premises.

12.     By reason of the aforesaid negligence, carelessness and recklessness of Defendant as aforesaid, and as a direct and proximate result thereof, a dangerously defective elevator that was not properly installed, maintained, cleaned and/or protected at said property causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

Exhibit A                                          5

13.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendant, and each of them, as aforesaid, Plaintiff was hurt in her health, strength and activity, sustaining severe shock and injuries to her person, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiff great physical and emotional pain and suffering; Plaintiff is informed and believes, and therefore alleges, that said injuries are permanent in nature, all to her damage in a sum according to proof.

14.     As a direct and proximate result of the negligence, carelessness and recklessness of Defendant and each of them, as aforesaid, Plaintiff has been required to obtain medical services, and Plaintiff has suffered severe emotional distress.

## SECOND CAUSE OF ACTION
## PREMISES LIABILITY
### (Against Defendants)

15.     Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 14, and by this reference incorporates said paragraphs as though fully set forth herein

16.     On or about December 2, 2019, Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near 7900 Windrose Ave., Plano, TX 75024, such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious disregard of the Defendant said premises were unsafe and dangerous to the general public and specifically Plaintiff, JASMINE PERKINS.

17.     Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, failed to warn Plaintiff of said dangerous, defective and unsafe condition, although said Defendant, and each of them, knew of said condition.

18.     As a direct and legal result of said carelessness, negligence and conscious disregard of Defendant OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation, Plaintiff was seriously injured when the elevator that was not properly installed, maintained, cleaned and/or protected at said property malfunctioned and/or failed and abruptly dropped causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

## DAMAGES

19.     As a result of the negligent conduct of Defendant, Plaintiff suffered and will continue to suffer in the future actual damages within the jurisdictional limits of this Court, including but not limited to past and future medical, pharmaceutical, and hospital expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, past and future lost wages, disfigurement, lost earnings, and exemplary damages.

Exhibit A

## JURY DEMAND

20.   Plaintiff hereby requests a jury trial.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendant, and each of them, as follows:

On All Causes of Action

1.   General "non-economic" damages according to proof;

2.   Special "economic" damages, according to proof;

3.   Loss of earnings/earnings capacity, according to proof;

4.   Property damage, towing, storage, loss of use, according to proof;

5.   Costs of suit, interest, and attorney's fees, according to proof to the extent allowed by law; and

6.   Such other and further relief as the court deems proper.

Respectfully submitted,

DOWNTOWN L.A. LAW GROUP

By:

Darren T. McBratney, Esq.
State Bar No.: 24034560
601 N. Vermont Ave.
Los Angeles, CA 90004
Telephone: (213) 389-3765
Facsimile:  (877) 389-2775
Email: Darren@Downtownlalaw.com
**ATTORNEY FOR PLAINTIFF**

Exhibit A

FILED: 12/3/2021 4:52 PM
David Trantham
Denton County District Clerk
By: Kashie Tipping, Deputy

CAUSE NO. 21-10584-442

| | | |
|---|---|---|
| JASMINE PERKINS, an individual, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF DENTON COUNTY, TEXAS |
| | § | |
| OTIS ELEVATOR COMPANY, a New | § | |
| Jersey corporation; LIBERTY | § | _____ JUDICIAL DISTRICT |
| MUTUAL PLANO LLC, a Texas | § | |
| corporation. | | |

## PLAINTIFF'S CITATION REQUESTS

**Defendant No. 1:** OTIS ELEVATOR COMPANY, a New Jersey corporation, and can be served at 1999 Bryan St Suite 900, Dallas, TX 75201.

**Defendant No. 2:** LIBERTY MUTUAL PLANO LLC, a Texas corporation, and can be served at 211 E. 7th Street, Suite 620, Austin, TX, 78701.

Instructions: When the Citations are ready, please return Citations by e-serve to evaldez@downtownlalaw.com. We will attach the file-stamped Petition to our private process server for service. Thank you.

Downtown LA Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004
Telephone: (213) 389-3765
Facsimile: (877) 389-2775
evaldez@downtownlalaw.com

If you have questions, please call Elizabeth Valdez at (213) 389-3765 or email me at evaldez@downtownlalaw.com. Thank you.

Exhibit A                    8

FILED: 11/30/2021 3:18 PM
David Trantham
Denton County District Clerk
By: Jasmle Ransom, Deputy

## CIVIL CASE INFORMATION SHEET (REV. 0/11)

CASE NUMBER (FOR CLERK USE ONLY): _____     COURT (FOR CLERK USE ONLY): _____

STYLED __JASMINE PERKINS vs. OTIS ELEVATOR COMPANY, et. al.__

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Darren T. McBratney, Esq.  **Email:** Darron@Downtownlalaw.com  **Address:** 601 N. Vermont Ave.  **Telephone:** (213) 389-3765  **City/State/Zip:** Los Angeles, CA 90004  **Fax:** (877) 389-2775  **Signature:** [signature]  **State Bar No:** 24034580 | **Plaintiff(s)/Petitioner(s):** JASMINE PERKINS, an individual;  **Defendant(s)/Respondent(s):** OTIS ELEVATOR COMPANY, a New Jersey corporation; LIBERTY MUTUAL PLANO LLC, a Texas corporation  [Attach additional page as necessary to list all parties] | ☐Attorney for Plaintiff/Petitioner  ☐Pro Se Plaintiff/Petitioner  ☐Title IV-D Agency  ☐Other:  **Additional Parties in Child Support Case:**  Custodial Parent  Non-Custodial Parent  Presumed Father |

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Parent-Child Relationship (Title IV-D)** |
| **Debt/Contract**  ☐Consumer/DTPA  ☐Debt/Contract  ☐Fraud/Misrepresentation  ☐Other Debt/Contract  **Foreclosure**  ☐Home Equity—Expedited  ☐Other Foreclosure  ☐Franchise  ☐Insurance  ☐Landlord/Tenant  ☐Non-Competition  ☐Partnership  ☐Other Contract: | ☐Assault/Battery  ☐Construction  ☐Defamation  **Malpractice**  ☐Accounting  ☐Legal  ☐Medical  ☐Other Professional Liability  ☐Motor Vehicle Accident  ☒Premises  **Product Liability**  ☐Asbestos/Silica  ☐Other Product Liability List Product:  ☐Other Injury or Damage | ☐Eminent Domain/ Condemnation  ☐Partition  ☐Quiet Title  ☐Trespass to Try Title  ☐Other Property:  **Related to Criminal Matters**  ☐Expunction  ☐Judgment Nisi  ☐Non-Disclosure  ☐Seizure/Forfeiture  ☐Writ of Habeas Corpus— Pre-indictment  ☐Other: | ☐Annulment  ☐Declare Marriage Void  **Divorce**  ☐With Children  ☐No Children  **Other Family Law**  ☐Enforce Foreign Judgment  ☐Habeas Corpus  ☐Name Change  ☐Protective Order  ☐Removal of Disabilities of Minority  ☐Other: | ☐Enforcement  ☐Modification—Custody  ☐Modification—Other  **Title IV-D**  ☐Enforcement/Modification  ☐Paternity  ☐Reciprocals (UIFSA)  ☐Support Order  **Related to Other Family Law**  ☐Adoption/Adoption with Termination  ☐Child Protection  ☐Child Support  ☐Custody or Visitation  ☐Gestational Parenting  ☐Grandparent Access  ☐Parentage/Paternity  ☐Termination of Parental Rights  ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination  ☐Retaliation  ☐Termination  ☐Workers' Compensation  ☐Other Employment: | ☐Administrative Appeal  ☐Antitrust/Unfair Competition  ☐Code Violations  ☐Foreign Judgment  ☐Intellectual Property | ☐Lawyer Discipline  ☐Perpetuate Testimony  ☐Securities/Stock  ☐Tortious Interference  ☐Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal  ☐Tax Delinquency  ☐Other Tax | **Probate/Wills/Intestate Administration**  ☐Dependent Administration  ☐Independent Administration  ☐Other Estate Proceedings | ☐Guardianship—Adult  ☐Guardianship—Minor  ☐Mental Health  ☐Other: | | |

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court  ☐Arbitration-related  ☐Attachment  ☐Bill of Review  ☐Certiorari  ☐Class Action | ☐Declaratory Judgment  ☐Garnishment  ☐Interpleader  ☐License  ☐Mandamus  ☐Post-judgment | ☐Prejudgment Remedy  ☐Protective Order  ☐Receiver  ☐Sequestration  ☐Temporary Restraining Order/Injunction  ☐Turnover |

### 4. Indicate damages sought (do not select if it is a family law case):

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

**Exhibit A**

9

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

**1. Contact information**

a) **Contact information for person completing case information sheet.** Enter the following information:
- name;
- address;
- city, state, and zip code;
- email address;
- telephone number;
- fax number, if available;
- State Bar number, if the person is an attorney; and
- signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

b) **Names of parties in the case.** Enter the name(s) of the:
(*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
- plaintiff(s) or petitioner(s);
- defendant(s) or respondent(s); and
- in child support cases, additional parties in the case, including the:
   o custodial parent;
   o non-custodial parent; and
   o presumed father.

   Attach an additional page as necessary to list all parties.

c) **Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
- an attorney for the plaintiff or petitioner;
- a *pro se* (self-represented) plaintiff or petitioner;
- the Title IV-D agency; or
- other (provide name of person or entity).

**2. Case type.**
Select the case category that best reflects the most important issue in the case. *You must select only one.*

**3. Procedure or remedy.**
If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

**4. Damages sought.**
Select the damages being sought in the case:
(*NOTE: If the claim is governed by the Family Code, do not indicate the damages sought.*)
- only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;
- monetary relief over $100,000 or less and non-monetary relief;
- monetary relief over $100,000 but not more than $200,000;
- monetary relief over $200,000 but less than $1,000,000; or
- monetary relief over $1,000,000.

Rev 2/13

**Exhibit A**

10